**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**PETER NIEWIADOWSKI**

        **Plaintiff-Appellant,**

**v.**                                          **No. 28,800**

**SOUTHWEST CONVENIENCE STORES,**
**LLC/ALON USA LLP, d/b/a 7-11**
**CONVENIENCE STORES,**

        **Defendant-Appellee**.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Peter Niewiadowski
Albuquerque, NM

Pro se Appellant

Robert Bruce Collins
Holly R.Harvey
Julie A. Koschtial
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

      Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has

been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**